**DISMISS and Opinion Filed January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00840-CV

**RICK MILTEER, Appellant**
**V.**
**PARK VENTURE ENDOSCOPY CENTER L.L.C. ASSUMED NAME**
**PRESTON CROSSING ENDOSCOPY CENTER; ANNA CHRISTEN SCOGGIN, R.N.;**
**DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A.;**
**DR. YAMINI KAVITHA MADDALA; DR. RAVI CHITTAJALLU;**
**METROPLEX ANESTHESIA CONSULTANTS P.L.L.C.; JOHN HENRY THOMAS, III,**
**R.N.; AND BOGDAN NICOLAIE STANEI-STANESCU, R.N., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18465**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant appeals from the trial court's July 11, 2019 and August 15, 2019 orders granting

Park Venture Endoscopy Center L.L.C. Assumed Name Preston Crossing Endoscopy Center,

Anna Christen Scoggin, R.N., Digestive Health Associates of Texas, P.A., Dr. Yamini Kavitha

Maddala, Dr. Ravi Chittajallu, and Metroplex Anesthesia Consultants P.L.L.C.'s motions to

dismiss for failure to file an expert report in a healthcare liability claim. *See* TEX. CIV. PRAC. &

REM. CODE ANN. § 74.351(b). The Court questioned its jurisdiction over this appeal because

appellant's claims against two defendants remain pending and the challenged orders did not appear

appealable. The Court requested the parties file letter briefs addressing the jurisdictional issues. The parties complied.

Generally, appellate courts have jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a). A final judgment is one that disposes of all parties and claims. *See id.*

Appellant sued eight defendants. By two separate motions, six of the defendants sought dismissal for failure of appellant to file an expert report in a healthcare liability claim. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 74.351(b).

The appealed orders do not constitute a final judgment because appellant's claims against two defendants remain pending. *See Lehmann*, 39 S.W.3d at 195. Moreover, the orders granting the motions to dismiss are not appealable interlocutory orders. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(9) (permitting interlocutory appeal of order *denying* dismissal based on failure to serve an expert report); *Fisher v. Med. Ctr. of Plano*, No. 05-01441-CV, 2015 WL 73441, at *2 (Tex. App.—Dallas Jan. 6, 2015, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction of interlocutory order granting dismissal for failure to file expert report). Although appellant filed a letter brief, nothing therein demonstrates that this Court has jurisdiction over this appeal.[1]

---

[1] In their letter brief, appellees assert the interlocutory orders are properly reviewable under section 51.014(a)(10). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(10). That section permits an appeal from an order that grants relief sought by a motion under section 74.351(l) which concerns the adequacy of an expert report. *See id.* 74351(l). The motions to dismiss filed below addressed the absence, not adequacy, of an expert report. For this reason, section 51.014(a)(10) is inapplicable.

The trial court's orders constitute neither a final judgment nor appealable interlocutory orders. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190840F.P05



# JUDGMENT

RICK MILTEER, Appellant

No. 05-19-00840-CV          V.

PARK VENTURE ENDOSCOPY
CENTER L.L.C. ASSUMED NAME
PRESTON CROSSING  ENDOSCOPY
CENTER; ANNA CHRISTEN SCOGGIN,
R.N.; DIGESTIVE HEALTH
ASSOCIATES OF TEXAS, P.A.; DR.
YAMINI KAVITHA MADDALA; DR.
RAVI CHITTAJALLU; METROPLEX
ANESTHESIA CONSULTANTS,
P.L.L.C.; JOHN HENRY THOMAS, III,
R.N.; AND BOGDAN NICOLAIE
STANEI-STANESCU, R.N., Appellees

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-18465.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees PARK VENTURE ENDOSCOPY CENTER L.L.C. ASSUMED NAME PRESTON CROSSING  ENDOSCOPY CENTER; ANNA CHRISTEN SCOGGIN R.N.; DIGESTIVE HEALTH ASSOCIATES OF TEXAS, P.A.; DR. YAMINI KAVITHA MADDALA; DR. RAVI CHITTAJALLU; METROPLEX ANESTHESIA CONSULTANTS, P.L.L.C.; JOHN HENRY THOMAS, III, R.N.; AND BOGDAN NICOLAIE STANEI-STANESCU, R.N. recover their costs of this appeal from appellant RICK MILTEER.

Judgment entered January 8, 2020